**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 98-20090
_____

AMERICAN NURSES FOR NURSES, INC., doing business as
Medical Services,

Plaintiff-Appellant,

VERSUS

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; ET AL.,

VERSUS

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.;
AI MANAGEMENT AND PROFESSIONAL LIABILITY CLAIM ADJUSTERS,
A DIVISION OF AMERICAN INTERNATIONAL AJUSTMENT COMPANY, INC;
SMITH BELL &  THOMPSON, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-94-CV-4392)
_____

December 8, 1998

Before DAVIS, SMITH AND WIENER, Circuit Judges.

PER CURIAM:[*]

Based on our review of the record, the briefs and oral argument, and for essentially the reasons stated by the district court, we affirm the court's judgment.

AFFIRMED.

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.